AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    NEW YORK

ERNEST F. NURGE, III

**SUMMONS IN A CIVIL ACTION**

V.

THE NEW YORK CITY POLICE DEPARTMENT,
THE CITY OF NEW YORK & MICHAEL SINCLAIR

CASE NUMBER:

08 CV 7592
JUDGE COTE

TO: (Name and address of Defendant)

The New York City Police Department
One Police Plaza
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 11570
516-678-3500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                                    DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

ERNEST F. NURGE, III

**SUMMONS IN A CIVIL ACTION**

V.

THE NEW YORK CITY POLICE DEPARTMENT,
THE CITY OF NEW YORK & MICHAEL SINCLAIR

CASE NUMBER:

**08 CV 7592**

**JUDGE COTE**

TO: (Name and address of Defendant)

The Cioty of New York
c/o Corporaiton Counsel
100 Church Street
New York, NY  10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 311
Rockville Centre, NY  11570
516-678-3500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 2 7 2008

CLERK   _Catherine Lapsley_                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

ERNEST F. NURGE, III

V.

THE NEW YORK CITY POLICE DEPARTMENT,
THE CITY OF NEW YORK & MICHAEL SINCLAIR

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 7592

JUDGE COTE

TO: (Name and address of Defendant)

Michael Sinclair
c/o The New York City Police Department
One Police Plaza
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip J. Dinhofer, LLC
77 N. Centre Ave. - Suite 311
Rockville Centre, NY 11570
516-678-3500

For Michael Sinclair

PSA 9  Michael Baez  Shield #24282
8/28/08
1705

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

F

J. MICHAEL McMAHON

CLERK  Catherine Lapsley

(By) DEPUTY CLERK

DATE  AUG 29 2008